**2**

STATE of Missouri, Respondent,

v.

Elroy Wayne KEY, Appellant.

No. WD 37653.

Missouri Court of Appeals,
Western District.

Aug. 6, 1986.

John H. Edmiston, Warrensburg, for appellant.

William L. Webster, Kevin B. Behrndt, Jefferson City, for respondent.

Before TURNAGE, P.J., and SHANGLER and KENNEDY, JJ.

ORDER

PER CURIAM:

Defendant-appellant Elroy Wayne Key appeals from a court-tried conviction of sodomy, § 566.060, RSMo Supp. 1984, and a sentence of 15 years imprisonment, § 558.011.1(2), RSMo Supp. 1984.

Judgment affirmed. Supreme Court Rule 84.16(b).

Robert Orman WRIGHT III, Appellant,

v.

Rock DIRKS, Respondent.

No. WD 37781.

Missouri Court of Appeals,
Western District.

Aug. 6, 1986.

Harold A. Kyser, Butler, for appellant.

Robert W. Spangler, John A. Ruth, Crouch, Crouch, Spangler & Douglas, Harrisonville, for respondent.

Before SHANGLER, P.J., and DIXON and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Plaintiff appeals from judgment for defendant after jury trial in an action for damages for personal injuries that plaintiff allegedly sustained when defendant's vehicle struck a vehicle in which plaintiff was a passenger.

Judgment affirmed. Rule 84.16(b).